IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:11-cv-00150-RLV-DSC

| | |
|---|---|
| TASZ, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>INDUSTRIAL THERMO POLYMERS, LTD.,<br>et. al.,<br><br>      Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Anthony J. Ashley and Rebecca L. Dandy]" (documents ##12-13) filed November 14, 2011. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: November 14, 2011

_____
David S. Cayer
United States Magistrate Judge